Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-135

**Effective Date of Registration:**
July 24, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Pisces

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** March 07, 2020
**Nation of 1st Publication:** Brazil

## Author

- **Author:** Thiago Mellado
  **Author Created:** 2-D artwork
  **Citizen of:** Brazil

## Copyright Claimant

**Copyright Claimant:** Thiago Mellado
Rua Marques de Parana, 41 apt 603, Flamengo, Rio de Janeiro, 22230-030, Brazil

## Rights and Permissions

**Name:** Thiago Mellado
**Email:** thiagocorreaart@gmail.com
**Address:** Rua Marques de Parana, 41 apt 603, Flamengo
Rio de Janeiro 22230-030 Brazil

## Certification

**Name:** David Denholm
**Date:** July 24, 2025



PISCES.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-153

**Effective Date of Registration:**
July 24, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title _____

**Title of Work:** The Magician

## Completion/Publication _____

**Year of Completion:** 2021
**Date of 1st Publication:** November 05, 2021
**Nation of 1st Publication:** Brazil

## Author _____

- **Author:** Thiago Mellado
  **Author Created:** 2-D artwork
  **Citizen of:** Brazil

## Copyright Claimant _____

**Copyright Claimant:** Thiago Mellado
Rua Marques de Parana, 41 apt 603, Flamengo, Rio de Janeiro, 22230-030, Brazil

## Rights and Permissions _____

**Name:** Thiago Mellado
**Email:** thiagocorreaart@gmail.com
**Address:** Rua Marques de Parana, 41 apt 603, Flamengo
Rio de Janeiro 22230-030 Brazil

## Certification _____

**Name:** David Denholm
**Date:** July 24, 2025



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

**VA 2-455-157**

**Effective Date of Registration:**
July 24, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** The Moon

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** November 11, 2021
**Nation of 1st Publication:** Brazil

## Author

- **Author:** Thiago Mellado
  **Author Created:** 2-D artwork
  **Citizen of:** Brazil

## Copyright Claimant

**Copyright Claimant:** Thiago Mellado
Rua Marques de Parana, 41 apt 603, Flamengo, Rio de Janeiro, 22230-030,
Brazil

## Rights and Permissions

**Name:** Thiago Mellado
**Email:** thiagocorreaart@gmail.com
**Address:** Rua Marques de Parana, 41 apt 603, Flamengo
Rio de Janeiro 22230-030 Brazil

## Certification

**Name:** David Denholm
**Date:** July 24, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-137

**Effective Date of Registration:**
July 24, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title
　
**Title of Work:** Sleep all day, Play All Night

## Completion/Publication
　
**Year of Completion:** 2022
**Date of 1st Publication:** October 17, 2022
**Nation of 1st Publication:** Brazil

## Author
　
- **Author:** Thiago Mellado
**Author Created:** 2-D artwork
**Citizen of:** Brazil

## Copyright Claimant
　
**Copyright Claimant:** Thiago Mellado
Rua Marques de Parana, 41 apt 603, Flamengo, Rio de Janeiro, 22230-030, Brazil

## Rights and Permissions
　
**Name:** Thiago Mellado
**Email:** thiagocorreaart@gmail.com
**Address:** Rua Marques de Parana, 41 apt 603, Flamengo
Rio de Janeiro 22230-030 Brazil

## Certification
　
**Name:** David Denholm
**Date:** July 24, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-122

**Effective Date of Registration:**
July 24, 2025
**Registration Decision Date:**
July 31, 2025

## Title

**Title of Work:** Hocus Pocus

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** October 13, 2020
**Nation of 1st Publication:** Brazil

## Author

- **Author:** Thiago Mellado
**Author Created:** 2-D artwork
**Citizen of:** Brazil

## Copyright Claimant

**Copyright Claimant:** Thiago Mellado
Rua Marques de Parana, 41 apt 603, Flamengo, Rio de Janeiro, 22230-030, Brazil

## Rights and Permissions

**Name:** Thiago Mellado
**Email:** thiagocorreaart@gmail.com
**Address:** Rua Marques de Parana, 41 apt 603, Flamengo
Rio de Janeiro 22230-030 Brazil

## Certification

**Name:** David Denholm
**Date:** July 24, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-131

**Effective Date of Registration:**
July 24, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Pawmistry |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | February 17, 2021 |
| **Nation of 1st Publication:** | Brazil |

## Author

| | |
|---|---|
| **Author:** | Thiago Mellado |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Brazil |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Thiago Mellado |
| | Rua Marques de Parana, 41 apt 603, Flamengo, Rio de Janeiro, 22230-030, Brazil |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Thiago Mellado |
| **Email:** | thiagocorreaart@gmail.com |
| **Address:** | Rua Marques de Parana, 41 apt 603, Flamengo |
| | Rio de Janeiro 22230-030 Brazil |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 24, 2025 |



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-458-630

**Effective Date of Registration:**
August 06, 2025
**Registration Decision Date:**
August 21, 2025

---

## Title
|  |  |
|---|---|
| **Title of Work:** | Sun and Moon |

## Completion/Publication
|  |  |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | September 19, 2022 |
| **Nation of 1st Publication:** | Brazil |

## Author
|  |  |
|---|---|
| **Author:** | Thiago Mellado |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Brazil |

## Copyright Claimant
|  |  |
|---|---|
| **Copyright Claimant:** | Thiago Mellado<br>Rua Marques de Parana, 41 apt 603, Flamengo, Rio de Janeiro, 22230-030, Brazil |

## Rights and Permissions
|  |  |
|---|---|
| **Name:** | Thiago Mellado |
| **Email:** | thiagocorreaart@gmail.com |
| **Address:** | Rua Marques de Parana, 41 apt 603, Flamengo<br>Rio de Janeiro 22230-030 Brazil |

## Certification
|  |  |
|---|---|
| **Name:** | David Denholm |
| **Date:** | August 06, 2025 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-154

**Effective Date of Registration:**
July 24, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title
        **Title of Work:**    Two of Pentacles

## Completion/Publication
        **Year of Completion:**    2021
        **Date of 1st Publication:**    July 09, 2021
        **Nation of 1st Publication:**    Brazil

## Author
        •    **Author:**    Thiago Mellado
        **Author Created:**    2-D artwork
        **Citizen of:**    Brazil

## Copyright Claimant
        **Copyright Claimant:**    Thiago Mellado
        Rua Marques de Parana, 41 apt 603, Flamengo, Rio de Janeiro, 22230-030, Brazil

## Rights and Permissions
        **Name:**    Thiago Mellado
        **Email:**    thiagocorreaart@gmail.com
        **Address:**    Rua Marques de Parana, 41 apt 603, Flamengo
        Rio de Janeiro 22230-030 Brazil

## Certification
        **Name:**    David Denholm
        **Date:**    July 24, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-145

**Effective Date of Registration:**
July 24, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | The Lovers |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | August 08, 2022 |
| **Nation of 1st Publication:** | Brazil |

## Author

| | | |
|---|---|---|
| • | **Author:** | Thiago Mellado |
| | **Author Created:** | 2-D artwork |
| | **Citizen of:** | Brazil |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Thiago Mellado |
| | Rua Marques de Parana, 41 apt 603, Flamengo, Rio de Janeiro, 22230-030, Brazil |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Thiago Mellado |
| **Email:** | thiagocorreaart@gmail.com |
| **Address:** | Rua Marques de Parana, 41 apt 603, Flamengo |
| | Rio de Janeiro 22230-030 Brazil |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 24, 2025 |



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-458-631

**Effective Date of Registration:**
August 06, 2025
**Registration Decision Date:**
August 21, 2025

---

## Title

**Title of Work:** The Protector

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** May 25, 2019
**Nation of 1st Publication:** Brazil

## Author

● **Author:** Thiago Mellado
**Author Created:** 2-D artwork
**Citizen of:** Brazil

## Copyright Claimant

**Copyright Claimant:** Thiago Mellado
Rua Marques de Parana, 41 apt 603, Flamengo, Rio de Janeiro, 22230-030,
Brazil

## Rights and Permissions

**Name:** Thiago Mellado
**Email:** thiagocorreaart@gmail.com
**Address:** Rua Marques de Parana, 41 apt 603, Flamengo
Rio de Janeiro 22230-030 Brazil

## Certification

**Name:** David Denholm
**Date:** August 06, 2025



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-455-127**

**Effective Date of Registration:**
July 24, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | King of Trash |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | May 05, 2021 |
| **Nation of 1st Publication:** | Brazil |

## Author

| | | |
|---|---|---|
| • | **Author:** | Thiago Mellado |
| | **Author Created:** | 2-D artwork |
| | **Citizen of:** | Brazil |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Thiago Mellado<br>Rua Marques de Parana, 41 apt 603, Flamengo, Rio de Janeiro, 22230-030, Brazil |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Thiago Mellado |
| **Email:** | thiagocorreaart@gmail.com |
| **Address:** | Rua Marques de Parana, 41 apt 603, Flamengo<br>Rio de Janeiro 22230-030 Brazil |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 24, 2025 |

