**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

THIAGO MELLADO,

    Plaintiff,                                                Case No.: 1:26-cv-01181

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## **SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | jishanxianhaijunzhongzhi |
| 2 | WangHu2025 |
| 3 | LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi |
| 4 | HengYangXianZhaoWanShangMaoYouXianGong |
| 5 | YangZiXuan2025 |
| 6 | ddhj |
| 7 | ForhouseDecorsh0p |
| 8 | WangBin75 |
| 9 | LiBenHong74 |
| 10 | funartdecor |
| 11 | myhouseislove |
| 12 | 义乌市腾劭商贸有限公司 |
| 13 | 济南华春茂服装商贸有限公司 |
| 14 | LanLiXiaHongTing |
| 15 | Yangyang999 |
| 16 | QuJingXuLiaoShangMao |
| 17 | 淮音商贸行 |
| 18 | minjjsin |
| 19 | GuangShuiShiLiZhuiLangShangMaoYouXianGongSi |
| 20 | LianGuangWuZiXiaoShou |
| 21 | ywyxgs |
| 22 | ddaz、 |

| | |
|---|---|
| 23 | Shuangfeng County Zhenxian Trading Store Sole Proprietorship |
| 24 | 乐玩童品铺 |
| 25 | ShiChiSiWenSanaoYuXiaGongSi |
| 26 | HeFeiLeiXiangShangMaoYouXianGongSi |
| 27 | suzhoushifuyuecaifangzhi |
| 28 | dongguanshiyitefangzhipinyouxiangongsi |
| 29 | 宠玩朱配 |
| 30 | YaoAnGuanDongXiaShangMaoYouXianGongSi |
| 31 | Linyi Bangman Trading Co., Ltd |
| 32 | 贫铭商贸 |
| 33 | FIYY |
| 34 | xiaoweiss |
| 35 | owle dinner |
| 36 | jiangyinshixingrongjixieguanjian |
| 37 | choahu |
| 38 | xinzhengshihongdajiankangguanlifuwu |
| 39 | aigjinu |
| 40 | Vexaieuy |
| 41 | shangshuixiansuozhebaihuoshanghang |
| 42 | wngob |
| 43 | heyuanzhangmaifuzhuang |
| 44 | JJIWE |
| 45 | 室厨垫品 |
| 46 | AUKIOOA |
| 47 | chunrongouzhou |
| 48 | HXMIN |
| 49 | LANG XUAN |
| 50 | USAWenboco |
| 51 | feiyue xingji |
| 52 | HuiChengChongShangMaoFuZhuangDian |
| 53 | BBUAN |
| 54 | Meimiaoda |
| 55 | Ruoming |
| 56 | NIUYIBAO |
| 57 | PuYangCuiPingZhongZhiJia |
| 58 | AnZhenJianZhuGongCheng |
| 59 | Ornary Store |
| 60 | CEYOME Health Direct |
| 61 | Uijokdef |

| | |
|---|---|
| 62 | GuangZhouFenLaoKeJiYouXianGongSi |
| 63 | YuanLong Zhang |
| 64 | XCengzy |
| 65 | OrangeDecoRug |
| 66 | Dishengyuan |
| 67 | QINWUUI |
| 68 | Asjcj |
| 69 | JIAQWew |
| 70 | Liangzhuo Store |
| 71 | THE STARS SHOP |
| 72 | YKomow |
| 73 | LANMARTREE |
| 74 | TOPS-US-ASTANFY |
| 75 | ERWO US |
| 76 | Zarmfly |
| 77 | CHUNTIANRAN |
| 78 | VILOVE FASHION |
| 79 | Moorrish |
| 80 | VnMgS |
| 81 | Yoetaun |
| 82 | tuyaokejiyouxiangongsi |
| 83 | SYJHHW-GS |
| 84 | chengzui |
| 85 | JHHYHBH |
| 86 | LISTEN LEE |
| 87 | Estmy |
| 88 | Grengel |
| 89 | VividFloors |
| 90 | Fly Zya wall art |
| 91 | 义乌市迄电子商务有限公司 |
| 92 | Tong2025 |
| 93 | LadyBugDeco |
| 94 | Dakk |
| 95 | Pacho US |
| 96 | Patternist |
| 97 | LLIANHH |
| 98 | 户外辉手电品 |
| 99 | 彦陌贸易 |
| 100 | HAMINHTHUAN |
| 101 | 798139026 |

| | |
|---|---|
| 102 | xiulian |
| 103 | ZHENG JING |
| 104 | Jeerou |
| 105 | VILOVE |
| 106 | wuhanyuaanxin |
| 107 | Everything is 9.99 |
| 108 | CJXB |
| 109 | UU Art Posters |
| 110 | Lin Decor |
| 111 | Latitud decor |
| 112 | Hemitong |
| 113 | xxxprint Arts l |
| 114 | BKBW |
| 115 | JJ Sign |
| 116 | Dashan art |
| 117 | Artistry Haven Creations |
| 118 | wenheart |
| 119 | JoyMurals local |
| 120 | CCartist |
| 121 | Happy Shopping Poster |
| 122 | Wild West Threads |
| 123 | Print Top |
| 124 | Sports Towel AA |
| 125 | TB IeavinPod Tees |
| 126 | CasualCraze |
| 127 | Unique DIY design |
| 128 | Lapose |
| 129 | Fanni HH |
| 130 | PrintYourTime |
| 131 | Cute little Bubu |
| 132 | Orca B |
| 133 | King Middle J |
| 134 | QINGGUQINGCHENG |
| 135 | MURSSISITEE |
| 136 | LCT Center |
| 137 | UltraFly |
| 138 | FBFNMFJMTEE |
| 139 | Mira Threads |
| 140 | stitching |
| 141 | Premium Prints |
| 142 | EnchantedPrints E |

| | |
|---|---|
| 143 | SQKJA |
| 144 | WEARJOY FASHION |
| 145 | Hanamaru C |
| 146 | R Sapphireflame |
| 147 | CaiXuTee |
| 148 | Kissyoc |
| 149 | ClearGlow Studio |
| 150 | TD KaviePod Tees |
| 151 | JJBONE SHOP |
| 152 | Hui Chi A |
| 153 | EnchantedPrints K |
| 154 | MMshowshop |
| 155 | JustinLD |
| 156 | CCCCCCCshop |
| 157 | TD LuxeaLaTees |
| 158 | AURA BLANK |
| 159 | LOJHGFBGHJ |
| 160 | Orca Sticker |
| 161 | LAL studio |
| 162 | The fashionable girl |
| 163 | Haven Garden |
| 164 | VFashions |
| 165 | ZestYard |
| 166 | EnchantedPrints P |
| 167 | JuPeng Small Shop |
| 168 | Neo Couture |
| 169 | YeolZone |
| 170 | Fashion with Plus |
| 171 | Lover U U |
| 172 | DopedoiL |
| 173 | Orca L |
| 174 | SMYY C |
| 175 | EnchantedPrints I |
| 176 | Juruijun Technology rich |
| 177 | Become RichE |
| 178 | Ikigai Supply |
| 179 | YYXXANENK |
| 180 | Yang ruoxuana |
| 181 | Solstice silkky |
| 182 | Veritas Apparel |
| 183 | Cozy Find |

| | |
|---|---|
| 184 | Fashion Yu B |
| 185 | Secure Home |
| 186 | VivaBelle C |
| 187 | Cool toyss |
| 188 | XZXart A BT |
| 189 | GlobalMetalArt |
| 190 | Playful Sticker |
| 191 | The Alabaster Canvas |
| 192 | LLlsen |
| 193 | Healthy Furniture |
| 194 | X painting |
| 195 | wangzonglangerendian |
| 196 | Artist Metal Painting Shop |
| 197 | TM Banana |
| 198 | Sunsetposter |
| 199 | FTPKWJIT |
| 200 | C Fast decorative painting |
| 201 | FWTIYLNI |
| 202 | DIYTrend |
| 203 | Magtion Art |
| 204 | ScenicMetalArt |
| 205 | TinCraft C |
| 206 | jiaozhib |
| 207 | TinCraft A |
| 208 | Charm Art |
| 209 | There is a painting within the painting |
| 210 | AKUY |
| 211 | Hemitongb |
| 212 | SHUIJI stickers |
| 213 | Letmodo Sticker |
| 214 | weimidong |
| 215 | WallArtistry |
| 216 | kingposter |
| 217 | Room Art Poster |
| 218 | LIN LIN Decor |
| 219 | Smoothly Sticker |