**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| THIAGO MELLADO, | |
| Plaintiff, | Case No. 26-cv-1181 |
| v. | Hon. Steven C. Seeger |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

**ORDER FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY AND SERVICE OF PROCESS BY E-MAIL AND/OR ELECTRONIC PUBLICATION**

Plaintiff THIAGO MELLADO ("Mellado" or "Plaintiff") filed an *Ex Parte* Motion for Entry of an Order for Leave to Conduct Expedited Discovery and Service of Process by Email and/or Electronic Publication (the "Motion") against the fully interactive, e-commerce stores operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the online marketplace accounts identified in Schedule A (the "Defendant Internet Stores"). After reviewing the Motion and the accompanying record, this Court GRANTS Mellado's Motion as follows.

This Court finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Mellado has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of Plaintiff's federally registered copyrights, which are protected by U.S. Copyright Registration Nos. VA 2-455-135;

1

VA 2-455-153; VA 2-455-157; VA 2-455-137; VA 2-455-122; VA 2-455-131; VA 2-458-630; VA 2-455-154; VA 2-455-145; VA 2-458-631; and VA 2-455-127 (the "Thiago Mellado Works") to residents of Illinois.

This Court also finds, in the absence of adversarial presentation, that issuing this Order without notice pursuant to Rule 26(d)(1) of the Federal Rules of Civil Procedure is appropriate because Mellado has presented specific facts in support of the Motion clearly showing that Plaintiff will be otherwise unable to properly serve Defendants without the requested leave. Specifically, an *ex parte* Order for discovery of Defendants' financial accounts and email addresses is necessary so that Defendants can be served with notice to conserve judicial resources and proceed to the merits of this case. Accordingly, this Court orders that:

1.  The Court authorizes Plaintiff to serve third-party discovery on an expedited basis, with responses due not less than 10 days after service. The requests shall be proportional to the immediate needs of the case. *See* Fed. R. Civ. P. 26(b)(1). For example, a request for "documents sufficient to show X" is better than a request for "all documents showing X." Plaintiff shall consider what documents it genuinely needs at this early stage, and shall take into account the burden on third parties. Plaintiff shall work cooperatively with third parties impacted by this Order and make reasonable, good faith efforts to ease the burdens imposed by Plaintiff's request for expedited discovery.

2.  Defendants, within fourteen (14) calendar days after receiving notice of this Order, shall serve upon Plaintiff a written report under oath providing:

    a.  their identity and location, including contact information, their true name and physical address, and all associated e-mail addresses, of Defendants and

b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Defendant Internet Stores, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history.

3. Plaintiff may provide notice of the proceedings in this case to Defendants, including notice of this order and any hearings, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website or by sending an e-mail with a link to said website to the e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "jishanxianhaijunzhongzhi and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication or e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

Date: April 8, 2026

Steven C. Seeger
United States District Judge

**Schedule A**

| No. | Defendants |
|---|---|
| 1 | jishanxianhaijunzhongzhi |
| 2 | WangHu2025 |
| 3 | LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi |
| 4 | HengYangXianZhaoWanShangMaoYouXianGong |
| 5 | YangZiXuan2025 |
| 6 | ddhj |
| 7 | ForhouseDecorsh0p |
| 8 | WangBin75 |
| 9 | LiBenHong74 |
| 10 | funartdecor |
| 11 | myhouseislove |
| 12 | 义乌市腾劭商贸有限公司 |
| 13 | 济南华春茂服装商贸有限公司 |
| 14 | LanLiXiaHongTing |
| 15 | Yangyang999 |
| 16 | QuJingXuLiaoShangMao |
| 17 | 淮音商贸行 |
| 18 | minjjsin |
| 19 | GuangShuiShiLiZhuiLangShangMaoYouXianGongSi |
| 20 | LianGuangWuZiXiaoShou |
| 21 | ywyxgs |
| 22 | ddaz、 |
| 23 | Shuangfeng County Zhenxian Trading Store Sole Proprietorship |
| 24 | 乐玩童品铺 |
| 25 | ShiChiSiWenSanaoYuXiaGongSi |
| 26 | HeFeiLeiXiangShangMaoYouXianGongSi |
| 27 | suzhoushifuyuecaifangzhi |
| 28 | dongguanshiyitefangzhipinyouxiangongsi |
| 29 | 宠玩朱配 |
| 30 | YaoAnGuanDongXiaShangMaoYouXianGongSi |
| 31 | Linyi Bangman Trading Co., Ltd |
| 32 | 贫铭商贸 |
| 33 | FIYY |
| 34 | xiaoweiss |
| 35 | owle dinner |
| 36 | jiangyinshixingrongjixieguanjian |
| 37 | choahu |

| 38 | xinzhengshihongdajiankangguanlifuwu |
|----|-------------------------------------|
| 39 | aigjinu |
| 40 | Vexaieuy |
| 41 | shangshuixiansuozhebaihuoshanghang |
| 42 | wngob |
| 43 | heyuanzhangmaifuzhuang |
| 44 | JJIWE |
| 45 | 室厨垫品 |
| 46 | AUKIOOA |
| 47 | chunrongouzhou |
| 48 | HXMIN |
| 49 | LANG XUAN |
| 50 | USAWenboco |
| 51 | feiyue xingji |
| 52 | HuiChengChongShangMaoFuZhuangDian |
| 53 | BBUAN |
| 54 | Meimiaoda |
| 55 | Ruoming |
| 56 | NIUYIBAO |
| 57 | PuYangCuiPingZhongZhiJia |
| 58 | AnZhenJianZhuGongCheng |
| 59 | Ornary Store |
| 60 | CEYOME Health Direct |
| 61 | Uijokdef |
| 62 | GuangZhouFenLaoKeJiYouXianGongSi |
| 63 | YuanLong Zhang |
| 64 | XCengzy |
| 65 | OrangeDecoRug |
| 66 | Dishengyuan |
| 67 | QINWUUI |
| 68 | Asjcj |
| 69 | JIAQWew |
| 70 | Liangzhuo Store |
| 71 | THE STARS SHOP |
| 72 | YKomow |
| 73 | LANMARTREE |
| 74 | TOPS-US-ASTANFY |
| 75 | ERWO US |
| 76 | Zarmfly |
| 77 | CHUNTIANRAN |
| 78 | VILOVE FASHION |
| 79 | Moorrish |
| 80 | VnMgS |

| 81 | Yoetaun |
|---|---|
| 82 | tuyaokejiyouxiangongsi |
| 83 | SYJHHW-GS |
| 84 | chengzui |
| 85 | JHHYHBH |
| 86 | LISTEN LEE |
| 87 | Estmy |
| 88 | Grengel |
| 89 | VividFloors |
| 90 | Fly Zya wall art |
| 91 | 义乌市迄电子商务有限公司 |
| 92 | Tong2025 |
| 93 | LadyBugDeco |
| 94 | Dakk |
| 95 | Pacho US |
| 96 | Patternist |
| 97 | LLIANHH |
| 98 | 户外辉手电品 |
| 99 | 彦陌贸易 |
| 100 | HAMINHTHUAN |
| 101 | 798139026 |
| 102 | xiulian |
| 103 | ZHENG JING |
| 104 | Jeerou |
| 105 | VILOVE |
| 106 | wuhanyuaanxin |
| 107 | Everything is 9.99 |
| 108 | CJXB |
| 109 | UU Art Posters |
| 110 | Lin Decor |
| 111 | Latitud decor |
| 112 | Hemitong |
| 113 | xxxprint Arts l |
| 114 | BKBW |
| 115 | JJ Sign |
| 116 | Dashan art |
| 117 | Artistry Haven Creations |
| 118 | wenheart |
| 119 | JoyMurals local |
| 120 | CCartist |
| 121 | Happy Shopping Poster |
| 122 | Wild West Threads |

| | |
|---|---|
| 123 | Print Top |
| 124 | Sports Towel AA |
| 125 | TB IeavinPod Tees |
| 126 | CasualCraze |
| 127 | Unique DIY design |
| 128 | Lapose |
| 129 | Fanni HH |
| 130 | PrintYourTime |
| 131 | Cute little Bubu |
| 132 | Orca B |
| 133 | King Middle J |
| 134 | QINGGUQINGCHENG |
| 135 | MURSSISITEE |
| 136 | LCT Center |
| 137 | UltraFly |
| 138 | FBFNMFJMTEE |
| 139 | Mira Threads |
| 140 | stitching |
| 141 | Premium Prints |
| 142 | EnchantedPrints E |
| 143 | SQKJA |
| 144 | WEARJOY FASHION |
| 145 | Hanamaru C |
| 146 | R Sapphireflame |
| 147 | CaiXuTee |
| 148 | Kissyoc |
| 149 | ClearGlow Studio |
| 150 | TD KaviePod Tees |
| 151 | JJBONE SHOP |
| 152 | Hui Chi A |
| 153 | EnchantedPrints K |
| 154 | MMshowshop |
| 155 | JustinLD |
| 156 | CCCCCCCshop |
| 157 | TD LuxeaLaTees |
| 158 | AURA BLANK |
| 159 | LOJHGFBGHJ |
| 160 | Orca Sticker |
| 161 | LAL studio |
| 162 | The fashionable girl |
| 163 | Haven Garden |
| 164 | VFashions |
| 165 | ZestYard |

| | |
|---|---|
| 166 | EnchantedPrints P |
| 167 | JuPeng Small Shop |
| 168 | Neo Couture |
| 169 | YeolZone |
| 170 | Fashion with Plus |
| 171 | Lover U U |
| 172 | DopedoiL |
| 173 | Orca L |
| 174 | SMYY C |
| 175 | EnchantedPrints I |
| 176 | Juruijun Technology rich |
| 177 | Become RichE |
| 178 | Ikigai Supply |
| 179 | YYXXANENK |
| 180 | Yang ruoxuana |
| 181 | Solstice silkky |
| 182 | Veritas Apparel |
| 183 | Cozy Find |
| 184 | Fashion Yu B |
| 185 | Secure Home |
| 186 | VivaBelle C |
| 187 | Cool toyss |
| 188 | XZXart A BT |
| 189 | GlobalMetalArt |
| 190 | Playful Sticker |
| 191 | The Alabaster Canvas |
| 192 | LLlsen |
| 193 | Healthy Furniture |
| 194 | X painting |
| 195 | wangzonglangerendian |
| 196 | Artist Metal Painting Shop |
| 197 | TM Banana |
| 198 | Sunsetposter |
| 199 | FTPKWJIT |
| 200 | C Fast decorative painting |
| 201 | FWTIYLNI |
| 202 | DIYTrend |
| 203 | Magtion Art |
| 204 | ScenicMetalArt |
| 205 | TinCraft C |
| 206 | jiaozhib |
| 207 | TinCraft A |
| 208 | Charm Art |

8

| | |
|---|---|
| 209 | There is a painting within the painting |
| 210 | AKUY |
| 211 | Hemitongb |
| 212 | SHUIJI stickers |
| 213 | Letmodo Sticker |
| 214 | weimidong |
| 215 | WallArtistry |
| 216 | kingposter |
| 217 | Room Art Poster |
| 218 | LIN LIN Decor |
| 219 | Smoothly Sticker |