# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

THIAGO MELLADO,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-01181

Judge Steven C. Seeger

Magistrate Judge Albert Berry, III

## **STATUS REPORT**

Pursuant to the Court's minute entry order [15], Plaintiff, Thiago Mellado ("Plaintiff"), files this status report solely on behalf of Plaintiff regarding the status of service of process and settlement discussions.

On April 23, 2026, Plaintiff served all Defendants in this case pursuant to paragraph 3 of the Order for Leave to Conduct Expedited Discovery and Service of Process [16] by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to any e-mail addresses provided for Defendants by third parties. A summons returned executed was filed on the same day. [19].

None of the Defendants have appeared in the case to date.

Plaintiff plans to file a motion for entry of default and default judgment after Defendants' deadline to respond to the Complaint passes.

DATED: April 24, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 │ IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com
***ATTORNEY FOR PLAINTIFF***