**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

THIAGO MELLADO,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-01181

Judge Steven C. Seeger

Magistrate Judge Albert Berry, III

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|---|---|
| 47 | chunrongouzhou |
| 49 | LANG XUAN |
| 54 | Meimiaoda |
| 55 | Ruoming |
| 56 | NIUYIBAO |
| 60 | CEYOME Health Direct |
| 61 | Uijokdef |
| 64 | XCengzy |
| 66 | Dishengyuan |
| 69 | JIAQWew |
| 74 | TOPS-US-ASTANFY |
| 78 | VILOVE FASHION |
| 79 | Moorrish |
| 81 | Yoetaun |
| 82 | tuyaokejiyouxiangongsi |
| 83 | SYJHHW-GS |
| 84 | chengzui |
| 87 | Estmy |

DATED:  May 15, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 15, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt