# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Thiago Mellado v. The Partnerships and Unincorporated

Case Number: 26-cv-1181

An appearance is hereby filed by the undersigned as attorney for:

JJBONE SHOP (Defendant No. 151)

Attorney name (type or print): Ni Xue

Firm: Kemet Law Group

Street address: 1825 NW Corporate Blvd., Suite 110,

City/State/Zip: Boca Raton, FL 33431

Bar ID Number: FL #1026130
(See item 3 in instructions)

Telephone Number: (561) 870-0605

Email Address: ni@kemetlawgroup.com, nixuesydney@gmail.com

| Question | Yes | No |
| --- | --- | --- |
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you a member of the court's general bar? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☑ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 19, 2026

Attorney signature: S/ Ni Xue
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023