**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| THIAGO MELLADO,<br>*Plaintiff*,<br>v.<br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A".<br>*Defendants*. | ) | Case No.: 26-cv-01181<br>Hon. Judge Steven C. Seeger.<br>Magistrate Judge Albert Berry, III. |

**DEFENDANT CORPORATE DISCLOSURES AND NOTIFICATION AS TO AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, ZestYard, by and through the undersigned counsel, hereby certifies that it is a corporation and existing under the laws of China with no parent company or publicly held company owning 5% or more of its stock.

Dated: August 20, 2026

Respectfully submitted,

*/s/ Ni Xue*

Ni Xue, Esq.
Kemet Law Group
1825 NW Corporate Blvd., Suite 110
Boca Raton, FL 33431
Tel: (561) 870-0605
Email: nixuesydney@gmail.com，
ni@kemetlawgroup.com

*Attorney for Defendant ZestYard*