**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

THIAGO MELLADO,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-01181

Judge Steven C. Seeger

Magistrate Judge Albert Berry, III

**STATUS REPORT**

Pursuant to the Court's minute entry order [26], Plaintiff, Thiago Mellado ("Plaintiff"), files this status report solely on behalf of Plaintiff.

On August 19 and August 20, 2026, two defendants appeared through the same counsel [27] and [30]. These defendants obtained an extension until September 17, 2026 to respond to Plaintiff's Complaint. [35]. Plaintiff and these two defendants recently reached a settlement. The defendants have been dismissed [36].

Plaintiff filed a motion for entry of default and default judgment [23] on May 15, 2026. [23]. As of the time of filing this status report, Plaintiff's motion is unopposed. Plaintiff submitted an updated proposed order to the Court's proposed order inbox on September 28, 2026. The proposed order resolves all of the defendants who remain in the case.

DATED: September 28, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 | IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 28, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt