**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Thiago Mellado

Plaintiff,

v.

Case No.: 1:26−cv−01181
Honorable Steven C. Seeger

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 13, 2026:

MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the voluntary dismissal (Dckt. No. [39]), which is self−effectuating under Rule 41(a)(1)(A)(i). The complaint is dismissed without prejudice. Any pending motion is denied as moot. The case is closed. Civil case terminated. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.